JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE,<br><br>Plaintiff<br><br>v.<br><br>ROBERT GELL, et al.,<br><br>Defendants. | Case No. 5:23-cv-00671-JLS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: January 4, 2024

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE